IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEREK WASHINGTON | : CIVIL ACTION |
| | : |
| v. | : NO. 22-1022 |
| | : |
| LM GENERAL INSURANCE COMPANY, STATE FARM MUTUAL INSURANCE COMPANY | : |

# ORDER

AND NOW, this 14th day of April 2022, upon considering Plaintiff's Motion for remand (ECF Doc. No. 11), Defendant LM General's Response (ECF Doc. No. 14), and for reasons in the accompanying memorandum, it is **ORDERED** Plaintiff's Motion for remand (ECF Doc. No. 11) is **DENIED**.

KEARNEY, J.